Eric B. Fjelstad, AK Bar No. 9505020
ASHURST PERKINS COIE US LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501-1981
Telephone:    +1.907.279.8561
Facsimile:    +1.907.276.3108
Eric.Fjelstad@ashurstperkins.com

P. Derek Petersen (*Pro hac vice*)
AZ Bar No. 025683
Victoria L. Romine (*Pro hac vice*)
AZ Bar No. 037386
ASHURST PERKINS COIE US LLP
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Telephone:    +1.602.351.8000
Facsimile:    +1.602.648.7000
PDerek.Petersen@ashurstperkins.com
Victoria.Romine@ashurstperkins.com
DocketPHX@perkinscoie.com

*Attorneys for Defendant Contango ORE, Inc.*
*and Rick Van Nieuwenhuyse*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KEVIN GUNTER, | Case No. 3:25-CV-00307-ACP |
| Plaintiff, | |
| v. | |
| CONTANGO ORE, INC.;<br>KINROSS GOLD CORPORATION·<br>ROYAL GOLD, INC.;<br>PEAK GOLD, INC.;<br>FAIRBANKS GOLD MINING, INC.;<br>AVALON DEVELOPMENT<br>CORPORATION;<br>BLACK GOLD MINING, INC.;<br>BRADLEY J JUNEAU; | |

NOTICE OF LAW FIRM NAME CHANGE
*GUNTER v. CONTANGO ORE, INC., et al.*
Case No. 3:25-CV-00307-ACP

RICK VAN NIEUWENHUYSE;
CURTIS J. FREEMAN;
YOUNG'S TIMBER, INC.;
JOSEPH A. YOUNG;
KRISTIE CHARLEY (YOUNG);
MICHAEL SAM;
RICKEY WILLIAM HENDRY;
JOHN DOES 1-10,

　　　　　　Defendants.

## NOTICE OF LAW FIRM NAME CHANGE

PLEASE TAKE NOTICE that effective as of June 26, 2026, Perkins Coie LLP changed its name to Ashurst Perkins Coie US LLP.

There has been no change in the attorneys of record, address, telephone numbers, or representation of the parties in this matter. All pleadings and correspondence filed or served after the effective date should reflect the new name and electronic email addresses as follows:

**Ashurst Perkins Coie US LLP**

1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501-1981
Telephone:　+1.907.279.8561
Eric Fjelstad: Eric.Fjelstad@ashurstperkins.com

2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Telephone:　+1.602.351.8000
P. Derek Petersen: PDerek.Petersen@ashurstperkins.com
Victoria Romine: Victoria.Romine@ashurstperkins.com

NOTICE OF LAW FIRM NAME CHANGE
*GUNTER v. CONTANGO ORE, INC., et al.*
Case No. 3:25-CV-00307-ACP
Page 1　Case 3:25-cv-00307-ACP　　Document 68　　Filed 07/16/26　　Page 2 of 4

DATED: July 16, 2026.

ASHURST PERKINS COIE US LLP

s/ Eric B. Fjelstad
Eric B. Fjelstad, AK Bar No. 9505020
Eric.Fjelstad@ashurstperkins.com
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501-1981
Telephone:    +1.907.279.8561
Facsimile:    +1.907.276.3108

P. Derek Petersen, AZ Bar No. 025683
PDerek.Petersen@ashurstperkins.com
Victoria L. Romine, AZ Bar No. 037386
Victoria.Romine@ashurstperkins.com
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016-4227
Telephone:    +1.602.351.8000
Facsimile:    +1.602.648.7000

*Attorneys for Defendant Contango ORE, Inc.
and Rick Van Nieuwenhuyse*

# CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2026 I filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – District of Alaska by using the CM/ECF system. Participants in Case No. 3:25-CV-00307-ACP who are registered CM/ECF users will be served by the CM/ECF system.

Defendant Rickey William Hendry will be served via U.S. First Class Mail at the address listed below:

Rickey William Hendry
P. O. Box 63
Apple Springs, Texas 75926

s/ Eric B. Fjelstad

Case 3:25-cv-00307-ACP    Document 68    Filed 07/16/26    Page 4 of 4